EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Gabriel G. Espinosa González<br>(TS-20,277) | 2021 TSPR 101<br><br>207 DPR _____ |

Número del Caso:  AB-2020-30
                  AB-2020-40


Fecha:  2 de julio de 2021


Abogado de la parte peticionaria:

    Lcdo. Hugo Rodríguez Díaz


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como  un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Gabriel G. Espinosa González          AB-2020-30
          (TS-20,277)                 AB-2020-40          Queja

RESOLUCIÓN

En San Juan, Puerto Rico, a 2 de julio de 2021.

Examinada la *Moción de reconsideración* presentada por el Sr. Gabriel G. Espinosa González, se declara *ha lugar*. Por consiguiente, se reconsidera la Opinión *Per Curiam* del 9 de junio de 2021 y se ordena la reinstalación del licenciado Espinosa González al ejercicio de la abogacía. Además, se reactivan las *Quejas* AB-2020-30 y AB-2020-40 y se refieren a la Oficina del Procurador General para la investigación e informe correspondiente.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres disiente y hace constar la expresión siguiente:

El Juez Asociado señor Martínez Torres proveería no ha lugar a la *Moción de reconsideración* presentada por el Sr. Gabriel Gerardo Espinosa González y denegaría cualquier solicitud de reinstalación hasta que se adjudiquen las quejas AB-2020-30 y AB-2020-40. En protección del interés público, deberíamos dar a las solicitudes de reinstalación el mismo trato que a las solicitudes de admisión y, por ello, se debe

concluir la investigación de cualquier señalamiento contra el solicitante, antes de reactivar su licencia.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo